**01–963.   State ex rel. Spengler v. Buckeye Bd. of Edn.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application for dismissal with prejudice,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed with prejudice.

*Monday, November 19, 2001*

## MOTION DOCKET

**00–1901.   Taddeo v. Estate of Ellis.**
Lorain App. No. 99CA007445. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. Upon consideration of the motion of *amicus curiae,* Ohio Attorney General Betty D. Montgomery, to participate in oral argument scheduled for November 28, 2001,

IT IS ORDERED by the court that the motion of *amicus curiae,* Ohio Attorney General Betty D. Montgomery, to participate in oral argument be, and hereby is, granted, and *amicus curiae* shall share the time allotted to appellees.

## MISCELLANEOUS DISMISSALS

**01–937.   Columbus v. Garrett.**
Franklin App. No. 00AP–610. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due November 7, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*